UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORRY BLACKMOON BISCHOFF,<br><br>Defendant. | Case No. 1:16-cr-00053-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Corry Bischoff's letter request, which the Court will construe as a motion for an order directing the Bureau of Prisons to place defendant in a residential reentry facility. So construed, the Court will deny the request.

## DISCUSSION

On March 19, 2025, this Court sentenced Mr. Bischoff to 12 months and one day of incarceration after he admitted to violating the terms of supervised release. The Court recommended that Mr. Bischoff be placed in a residential reentry center. *See Judgment,* Dkt. 105, at 2. The Bureau of Prison (BOP) did not follow that recommendation, however, according to Mr. Bischoff.

The Court has no authority to order BOP to house defendant in any

MEMORANDUM DECISION AND ORDER - 1

particular location. It can only make a recommendation. *See, e.g., United States v. Ceballos*, 671 F.3d 852, 856 n.2 (9th Cir. 2011). And, as the Ninth Circuit has explained, "a district court's recommendation to the Bureau of Prisons is just that—a recommendation. It is not part of the sentence imposed by the district court." *Id.* at 856. Given this authority, the Court has no choice but to deny plaintiff's request.

## ORDER

**IT IS ORDERED that** Plaintiff's letter request (Dkt. 106) is **DENIED**.

DATED: August 6, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2